# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL NO. 1:21-cv-00261-MR-DCK

| | |
|---|---|
| TODD LYNN PARKIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | |
| ) | |
| DR. TONY BALDWIN, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on review of the *pro se* Plaintiff's Complaint [Doc. 1].

The Plaintiff filed this action on September 29, 2021, asserting claims under the Americans with Disabilities Act of 1990, Section 504 of the Rehabilitation Act of 1973, and 42 U.S.C. §§ 1983 and 1985 against the Buncombe County School District and certain individuals employed thereby for allegedly retaliating against the Plaintiff for "the exercise of federal protected rights to act in the best interests of his children." [Doc. 1 at 3]. The Complaint and the accompanying exhibits make repeated references to the Plaintiff's children, by both their full names and dates of birth. It appears from the allegations of the Complaint that the Plaintiff's son has now reached the age of majority; the Plaintiff's daughter is still a minor.

In compliance with the E-Government Act of 2002, Public Law 107-347, the Federal Rules of Civil Procedure require that any pleading filed with the court that references a minor child must include only that minor's initials. See Fed. R. Civ. P. 5.2(a)(3).  Any pleading that references an individual's date of birth must reference only the year of that individual's birth.  See Fed. R. Civ. P. 5.2(a)(2).  Pursuant to these provisions, any reference to the name of the Plaintiff's minor daughter should include only her initials, and any reference to the dates of birth of the Plaintiff's children should include only the year of their respective births.  Therefore, the Court will direct the Plaintiff to file redacted versions of his Complaint and its accompanying exhibits that comply with the requirements of Rule 5.2(a).

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file redacted versions of his Complaint and accompanying exhibits that references the Plaintiff's minor child by her initials only and that references both of the Plaintiff's children by the year of their birth only.

**IT IS FURTHER ORDERED** that the unredacted versions of the Complaint and attached exhibits shall be maintained under seal pending further Order of this Court.

**IT IS SO ORDERED.**

Signed: October 25, 2021

Martin Reidinger
Chief United States District Judge