# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CASE NO. 1:21-CV-261-MR-DCK

| | |
|---|---|
| TODD LYNN PARKIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| BUNCOMBE COUNTY SCHOOL DISTRICT, et al., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Non-Party Cynthia Moses's Motion To Unseal Or Release Complaint" (Document No. 10) filed October 25, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion as moot.

By the instant motion, non-party Cynthia Moses ("Moses") seeks "an order unsealing the Complaint filed in this action on September 29, 2021." (Document No. 10). On the same date as Moses' motion, the Honorable Martin Reidinger issued an Order directing Plaintiff to file redacted versions of his Complaint and its accompanying exhibits. (Document No. 12). Chief Judge Reidinger further ordered "that the unredacted versions of the Complaint and attached exhibits shall be maintained under seal pending further Order of this Court." Id.

On November 9, 2021, Plaintiff filed a redacted version of the Complaint. See (Document No. 16). As such, the undersigned finds that Moses' request to unseal or release the Complaint is now moot. The original, unredacted Complaint (Document No. 1) remains under seal; and an

unsealed redacted version of the Complaint (Document No. 16) is available to the public and Moses.

**IT IS, THEREFORE, ORDERED** that "Non-Party Cynthia Moses's Motion To Unseal Or Release Complaint" (Document No. 10) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: November 10, 2021

David C. Keesler
United States Magistrate Judge